**Steven ROLLAKANTI, Plaintiff-Appellant,**

v.

**HOLY CROSS HOSPITAL; William Federick; Andrene Towsen; Johny Niles, Defendants-Appellees.**

**No. 17-1205**

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2017

Decided: April 25, 2017

Steven Rollakanti, Appellant Pro Se. Robert R. Niccolini, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellees.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

**PER CURIAM:**

Steven Rollakanti seeks to appeal the district court's order denying his motion to appoint counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Rollakanti seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*